IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE ADVANCEMENT
OF COLORED PEOPLE, THOMAS PLUNKETT, ROD
WOULLARD, and HOLLIS WATKINS, on behalf of themselves
and all others similarly situated                                    PLAINTIFFS

VS.                          CIVIL ACTION NO. 3:11-cv-159TSL-EGJ-LG-MTP

HALEY BARBOUR, in his official capacity as
Governor of the State of Mississippi, JIM HOOD,
in his official capacity as Attorney General of the
State of Mississippi, and DELBERT HOSEMANN,
in his official capacity as Secretary of State of the
State of Mississippi, as members of the State Board
of Election Commissioners; THE MISSISSIPPI
REPUBLICAN PARTY EXECUTIVE COMMITTEE;
THE MISSISSIPPI DEMOCRATIC PARTY EXECUTIVE
COMMITTEE; and CONNIE COCHRAN, in her official
capacity as Chairman of the Hinds County, Mississippi
Board of Election Commissioners, on behalf of herself
and all others similarly situated                                    DEFENDANTS

AND

APPORTIONMENT AND ELECTIONS COMMITTEE
OF THE MISSISSIPPI HOUSE OF REPRESENTATIVES;
MISSISSIPPI STATE SENATE DEMOCRATIC CAUCUS
AND STATE DEMOCRATIC SENATORS, in their individual
capacities; TERRY C. BURTON, SIDNEY BONDURANT,
BECKY CURRIE, and MARY ANN STEVENS                                   INTERVENORS

### NOTICE OF APPEAL

COME NOW the plaintiffs, the Mississippi State Conference of the National Association for the Advancement of Colored People ("NAACP"), Thomas Plunkett, Rod Woullard, and Hollis Watkins, on behalf of themselves and all others similarly situated, pursuant to 28 U. S. C. §§ 1253

1

and 2284 and U. S. Sup. Ct. Rule 18, and hereby file their Notice of Appeal and take an interlocutory appeal to the United States Supreme Court from the Memorandum Opinion and Order entered by the three-judge District Court for the Southern District of Mississippi on May 16, 2011 denying plaintiffs' motion for a preliminary injunction and finding that plaintiffs' claim was not ripe for adjudication and the Order entered by the three-judge District Court for the Southern District of Mississippi on May 26, 2011 and filed for record on May 27, 2011 denying plaintiffs' motion to alter or amend the Memorandum Opinion and Order and plaintiffs' motion for relief from the Memorandum Opinion and Order.

This the 7th day of June, 2011.

Respectfully submitted,
MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE,
THOMAS PLUNKETT, ROD WOULLARD,
and HOLLIS WATKINS, on behalf of
themselves and all others similarly situated

CARROLL RHODES, ESQ., MSB # 5314
LAW OFFICES OF CARROLL RHODES
POST OFFICE BOX 588
HAZLEHURST, MS 39083
TEL.: (601) 894-4323
FAX: (601) 894-1464
e-mail: crhode@bellsouth.net

## CERTIFICATE OF SERVICE

I, Carroll Rhodes, do hereby certify that I have this date mailed a true and correct copy of the above and foregoing Notice of Appeal to the following listed counsel and that I filed the original Notice of Appeal with the Clerk of this Court who electronically filed the foregoing Notice of Appeal using the ECF system which sent notification of such filing to the following:

Jack L. Wilson, Esq.
jwilson@babc.com
Bradley Arant Boult Cummings LLP
188 East Capitol Street, Suite 400
Jackson, Mississippi 39201-2100

Stephen Lee Thomas, Esq.
sthomas@babc.com
Bradley Arant Boult Cummings LLP
188 East Capitol Street, Suite 400
Jackson, Mississippi 39201-2100

**ATTORNEY FOR DEFENDANT - MISSISSIPPI GOVERNOR HALEY BARBOUR**

Harold Pizetta, Esq.
hpizz@ago.state.ms.us
Attorney General Office
450 High Street
Jackson, Mississippi39205-0220

Justin L. Matheny, Esq.
jmath@ago.state.ms.us
Attorney General Office
450 High Street
Jackson, Mississippi39205-0220

**ATTORNEYS FOR DEFENDANT - MISSISSIPPI ATTORNEY GENERAL JIM HOOD**

Robert L. Gibbs, Esq.
rgibbs@brunini.com
Brunini Grantham Grower & Hewes
190 East Capitol Street, Suite 100
Jackson, Mississippi 39201-2151

Matthew W. Allen, Esq.
mwallen@brunini.com
Brunini Grantham Grower & Hewes
190 East Capitol Street, Suite 100
Jackson, Mississippi 39201-2151

**ATTORNEYS FOR DEFENDANT - MISSISSIPPI SECRETARY OF STATE DELBERT HOSEMANN**

Michael B. Wallace, Esq.
mbw@wisecarter.com
Wise Carter Child & Caraway
401 East Capitol Street, Suite 600
Jackson, Mississippi 39201

Charles Stevens Seale, Esq.
css@wisecarter.com
Wise Carter Child & Caraway
401 East Capitol Street, Suite 600
Jackson, Mississippi 39201

**ATTORNEYS FOR DEFENDANT - MISSISSIPPI REPUBLICAN PARTY**

3

John F. Hawkins, Esq.
john@hsglawfirm.net
Hawkins Stracener & Gibson PLLC
628 North State Street
Jackson, Mississippi 39202-3303

**ATTORNEY FOR DEFENDANT - MISSISSIPPI DEMOCRATIC PARTY**

Crystal Martin, Esq.
cmartin@co.hinds.ms.us
Precious Martin Sr. and Assoc., PLLC
821 North Congress Street
Jackson, Mississippi 39205-0373

**ATTORNEY FOR DEFENDANT - CONNIE COCHRAN**

Robert B. McDuff, Esq.
rbm@mcdufflaw.com
767 North Congress Street
Jackson, Mississippi 39202-3009

**ATTORNEY FOR INTERVENOR - MISSISSIPPI HOUSE APPORTIONMENT AND ELECTIONS COMMITTEE**

Samuel L. Begley, Esq.
sbegley1@bellsouth.net
Begley Law Firm
854 North Jefferson Street
Jackson, Mississippi 39202-4139

**ATTORNEY FOR INTERVENORS - MISSISSIPPI DEMOCRATIC CAUCUS AND SENATORS**

R. Andrew Taggart, Jr., Esq.
andy@tru-law.com
Taggart Rimes & Usry PLLC
1022 Highland Colony Parkway, Suite 101
Madison, Mississippi 39130

**ATTORNEY FOR INTERVENOR - TERRY C. BURTON**

4

Cory T. Wilson, Esq.
cory@wlglegal.com
Willoughby Law Group PLLC
692 Steed Road, Suite 110
Ridgeland, Mississippi 39157-9416

**ATTORNEY FOR INTERVENORS - SIDNEY BONDURANT, BECKY CURRIE, and MARY ANN STEVENS**

This the 7th day of June, 2011.

_____
CARROLL RHODES