**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

June 8, 2011

J.T. Noblin
CLERK
P. O. Box 23552 - Zip 39225-3552
245 East Capitol Street, Suite 316
Jackson, MS 39201

TELEPHONE
(601) 965-4439

*DIVISIONS*
SOUTHERN at Gulfport
2012 15th Street, Suite 403, Zip 39501

HATTIESBURG at Hattiesburg
701 Main St., Suite 200, Zip 39401

JACKSON at Jackson
P. O. Box 23552 - Zip 39225-3552
245 East Capitol Street, Suite 316
Zip 39201

EASTERN & WESTERN at Jackson
P. O. Box 23552 - Zip 39225-3552
245 East Capitol Street, Suite 316
Zip 39201

Office of the Clerk
Supreme Court of the United States
One First Street, N.E.
Washington, DC   20543

RE:   Notice of Appeal
Mississippi State Conference of NAACP, et al. Vs. Haley Barbour, et al.
Civil Action No. 3:11cv159-TSL-EGJ-LG

Dear Intake Clerk:

Per our conversation today, our Court is enclosing a certified copy of the above referenced Notice of Appeal filed in our Court on June 7, 2011, along with a certified copy of our Docket Sheet and the attorney's check in the amount of $300.00 filing fee.

Please let us know if you need additional information.

Yours very truly,

J. T. Noblin, Clerk

*[signature: Sandra Campbell]*

Sandra Campbell
Chief Deputy

Enclosures