UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MISSISSIPPI STATE CONFERENCE OF
THE NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE,
THOMAS PLUNKETT, ROD WOULLARD,
and HOLLIS WATKINS, on behalf of
themselves and others similarly situated,         PLAINTIFFS

VS.                       CIVIL ACTION NO. 3:11cv159-TSL-EGJ-LG-MTP

PHIL BRYANT, in his official capacity
as Governor of the State of Mississippi,
JIM HOOD, in his official capacity as
Attorney General of the State of Mississippi,
and DELBERT HOSEMANN, in his official
capacity as Secretary of State of the State
of Mississippi, as members of the State
Board of Election Commissioners; THE
MISSISSIPPI REPUBLICAN PARTY
EXECUTIVE COMMITTEE; THE
MISSISSIPPI DEMOCRATIC PARTY
EXECUTIVE COMMITTEE; and CONNIE
COCHRAN, in her official Capacity as
Chairman of the Hinds County, Mississippi
Board of Election Commissioners, on behalf of
herself and all others similarly situated,          DEFENDANTS

and

APPORTIONMENT AND ELECTIONS COMMITTEE
OF THE MISSISSIPPI HOUSE OF REPRESENTATIVES;
MISSISSIPPI STATE SENATE DEMOCRATIC CAUCUS
AND STATE DEMOCRATIC SENATORS, in their
individual capacities; TERRY C. BURTON, SIDNEY
BONDURANT, BECKY CURRIE, and MARY ANN
STEVENS,                                            INTERVENORS

# ORDER

IT IS ORDERED that the Plaintiffs' Motion to Set Aside the 2011 Legislative Election Results and Order Special Legislative Elections for All Legislative Districts in 2013 [docket 140] is DENIED.

IT IS FURTHER ORDERED that the Plaintiffs' Motion for Leave to Amend Complaint [docket 142] is DENIED.

IT IS FURTHER ORDERED that the Motion to Intervene [docket 144] and the Amended Motion to Intervene [docket 147] filed by the Standing Joint Legislative Committee on Reapportionment of the Mississippi Legislature are DENIED.

SO ORDERED this 19th day of November, 2012.

/s/ E. Grady Jolly
E. Grady Jolly
United States Circuit Judge


/s/ Tom S. Lee
Tom S. Lee
United States District Judge


/s/ Louis Guirola, Jr.
Louis Guirola, Jr.
Chief United States District Judge